IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER TAYLOR | : |
| | :  CIVIL NO. 05-6813 |
| V. | : |
| | : |
| DAVID WAKEFIELD, et al. | : |

**ORDER**

AND NOW, this _____ day of June 2006, upon careful and independent consideration of the pleadings and record herein, including the state court record, and after a review of the Report and Recommendation of the United States Magistrate Judge Arnold C. Rapoport, it is hereby ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is DENIED;

3. A Certificate of Appealability shall not issue inasmuch as petitioner has not made a substantial showing of the denial of a constitutional right; and

4. Any pending motions are DENIED as moot;

BY THE COURT:

S/ James T. Giles
J.